1  Ryan L. Eddings, Bar No. 256519
   reddings@littler.com
2  LITTLER MENDELSON P.C.
   5200 North Palm Avenue, Suite 302
3  Fresno, California 93704.2225
   Telephone: 559.244.7500
4  Fax No.: 559.244.7525

5  Attorneys for Defendant
   PORVEN, LTD. DBA PORCELANOSA USA
6

7

8           UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| LAURA GUTIERREZ,<br><br>Plaintiff,<br><br>v.<br><br>PORVEN, LTD., dba PORCELANOSA USA, a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 8:21-cv-00370 DOC DFM<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. David O. Carter<br>       Hon. Douglas F. McCormick<br><br>Trial Date: TBD<br>Complaint Filed: Jan. 21, 2021 |

       Pursuant to the Court's March 3, 2021 Initial Standing Order Following Assignment of Civil Case to Judge Carter, Plaintiff LAURA GUTIERREZ ("Plaintiff") and Defendant PORVEN, LTD., dba PORCELANOSA USA ("Defendant") by and through their respective counsel, hereby jointly submit this Notice of Settlement.

       The Parties reached a settlement of all of Plaintiff's claims through an arms-length negotiation on October 19, 2021 and have agreed to resolve all of Plaintiff's claims against Defendant. The terms of the agreement are confidential. The Parties anticipate filing a Stipulation for Dismissal with Prejudice within 45 days.

/ / /

/ / /

/ / /

LITTLER MENDELSON P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

Notice of Settlement        1        8:21-CV-00370 DOC DFM

| | | |
|---|---|---|
| 1 | Dated: October 20, 2021 | |
| 2 | | RAZAVI LAW GROUP, APC |
| 3 | | |
| 4 | | /s/ Corey A. Hall |
| 5 | | Ali Razavi<br>Corey A. Hall<br>Attorneys for Plaintiff |
| 6 | | LAURA GUTIERREZ |
| 7 | | |
| 8 | Dated: October 20, 2021 | LITTLER MENDELSON P.C. |
| 9 | | |
| 10 | | /s/ Ryan L. Eddings |
| 11 | | Ryan L. Eddings<br>Attorneys for Defendant |
| 12 | | PORVEN, LTD. dba PORCELANOSA USA |

4863-1488-3840.1 / 051712-1047

LITTLER MENDELSON P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

Notice of Settlement     2     8:21-CV-00370 DOC DFM